MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-592 VC |
| Plaintiff, | [~~PROPOSED~~] ORDER RESCHEDULING OF STATUS CONFERENCE AND EXCLUDING TIME FROM DECEMBER 15, 2014, TO JANUARY 5, 2015 |
| v. | |
| JACQUELINA LAURENT, | |
| Defendant. | |

    The defendant, JACQUELINA LAURENT, represented by Gabriela Bischof, Assistant Federal Public Defender, and the government, represented by Rita F. Lin, Assistant United States Attorney, have submitted a stipulation requesting that the status hearing scheduled for December 15, 2014, be continued to January 5, 2015, and that time be excluded under the Speedy Trial Act between December 15, 2014, and January 5, 2015, in order to provide sufficient time to review the discovery produced by the government, to conduct necessary investigation, and to obtain discovery that the defense seeks to produce.

    Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 15, 2014, and January 5, 2015, would unreasonably deny the

[PROPOSED] ORDER REQUESTING RESCHEDULING OF STATUS CONFERENCE AND EXLUDING TIME
Case No. CR 14-592

1  defendant continuity of counsel and would deny counsel the reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The
3  Court further finds that the ends of justice served by excluding the time between December 15, 2014,
4  and January 5, 2015, from computation under the Speedy Trial Act outweigh the best interests of the
5  public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between
6  December 15, 2014, and January 5, 2015, shall be excluded from computation under the Speedy Trial
7  Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December 2, 2014

Hon. Vince Chhabria
United States District Judge

[PROPOSED] ORDER REQUESTING RESCHEDULING OF STATUS CONFERENCE AND EXLUDING TIME
Case No. CR 14-592