MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    rita.lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-00592 VC |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | Date: January 5, 2015 |
| JACQUELINA LAURENT, | Time: 2:00 p.m. |
| Defendant. | Court: Hon. Vince Chhabria |

    The parties appeared before the Honorable Vince Chhabria on January 5, 2015, for a status conference. Assistant Public Defender Gabriela Bischof appeared as counsel for Defendant Jacquelina Laurent, and Assistant United States Attorney Rita Lin appeared on behalf of the United States. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from January 5, 2015 to January 26, 2015. The parties agreed, and the Court found and held, as follows:

    1.    The government sought and defendant agreed to the exclusion of time pursuant to the

1  Speedy Trial Act so that defense counsel would have time to further investigate this matter, review

2  discovery, and confer with the defendant, taking into account the exercise of due diligence.

3     2.   Given these circumstances, the Court found that the ends of justice served by excluding

4  the period from January 5, 2015 to January 26, 2015 from Speedy Trial Act calculations outweighs the

5  interests of the public and the defendant in a speedy trial by allowing for the defense to prepare

6  effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

7     IT IS HEREBY ORDERED that:

8     With the consent of Defendant Jacquelina Laurent, the period from January 5, 2015 to

9  January 26, 2015 is excluded from the Speedy Trial Act calculations for effective preparation of

10 counsel, pursuant to 18 U.S.C. § § 3161(h)(7)(A) and (B)(iv).

12 IT IS SO ORDERED.

13 DATED: January 6, 2015

14 HONORABLE VINCE CHHABRIA
   United States District Judge

16 Approved As To Form:

18 _____/s/_____      Dated: January 6, 2015
   GABRIELA BISCHOF
19 Counsel for Defendant Jacquelina Laurent

21 _____/s/_____      Dated: January 6, 2015
   RITA F. LIN
22 Assistant United States Attorney
   Counsel for United States

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 14-000592 VC                              2