1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  RITA F. LIN (CABN 236220)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6511
7       FAX: (415) 436-7234
        Rita.lin@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              )   NO. CR 14-592 VC
14                                         )
            Plaintiff,                     )   [PROPOSED] ORDER RESCHEDULING OF
15                                         )   STATUS CONFERENCE AND EXCLUDING
        v.                                 )   TIME FROM JANUARY 26, 2015 TO FEBRUARY
16                                         )   3, 2015
   JACQUELINA LAURENT,                     )
17                                         )
            Defendant.                     )
18  _____    )

19
        The defendant, JACQUELINA LAURENT, represented by Gabriela Bischof, Assistant Federal
20
   Public Defender, and the government, represented by Rita F. Lin, Assistant United States Attorney, have
21
   submitted a stipulation regarding the Court's proposal that the status hearing scheduled for January 26,
22
   2015, be continued to February 3, 2015, and that time be excluded under the Speedy Trial Act between
23
   January 26, 2015, and February 3, 2015, in order to provide sufficient time to review the discovery
24
   produced by the government, to conduct necessary investigation, and to obtain discovery that the
25
   defense seeks to produce.
26
        Based upon the representation of counsel and for good cause shown, the Court finds that failing
27
   to exclude the time between January 26, 2015, and February 3, 2015, would unreasonably deny the
28

   [PROPOSED] ORDER REQUESTING RESCHEDULING OF STATUS CONFERENCE AND EXLUDING TIME
   Case No. CR 14-592

1   defendant continuity of counsel and would deny counsel the reasonable time necessary for effective

2   preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

3   Court further finds that the ends of justice served by excluding the time between January 26, 2015, and

4   February 3, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public

5   and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between

6   January 26, 2015, through and including February 3, 2015, shall be excluded from computation under

7   the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

8

9

10  DATED: January 21, 2015 _____

          Hon. Vince Chhabria
11          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER REQUESTING RESCHEDULING OF STATUS CONFERENCE AND EXLUDING TIME
Case No. CR 14-592