MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 14-592 VC |
| ) | |
|    Plaintiff, ) | STIPULATION REGARDING RESCHEDULING |
| ) | OF STATUS CONFERENCE AND REQUESTING |
|  v. ) | EXCLUSION OF TIME FROM MARCH 9, 2015 TO |
| ) | MAY 12, 2015 |
| JACQUELINA LAURENT, ) | |
| ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable Vince Chhabria on March 9, 2015, for a status conference. Assistant Public Defender Gabriela Bischof appeared as counsel for Defendant Jacquelina Laurent, and Assistant United States Attorney Rita Lin appeared on behalf of the United States. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from March 9, 2015 to May 12, 2015. The parties agreed, and the Court found and held, as follows:

     1.    The government sought and defendant agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to further investigate this matter, taking into

account the exercise of due diligence. The defense is investigating additional information to assist the government in its consideration of the defendant for pretrial diversion. In addition, the government wishes to assess the defendant's ongoing performance in the residential treatment program in which she is currently enrolled, in order to assist in the evaluation of the defendant for pretrial diversion.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 9, 2015 to May 12, 2015, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of Defendant Jacquelina Laurent, the period from March 9, 2015 to May 12, 2015, is excluded from the Speedy Trial Act calculations for effective preparation of counsel and to serve the ends of justice, pursuant to 18 U.S.C. § § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: March 12, 2015

HONORABLE VINCE CHHABRIA
United States District Judge

Approved As To Form:

/s/                                     Dated: March 9, 2015
GABRIELA BISCHOF
Counsel for Defendant Jacquelina Laurent

/s/                                     Dated: March 9, 2015
RITA F. LIN
Assistant United States Attorney
Counsel for United States

STIPULATION REQUESTING RESCHEDULING OF STATUS CONFERENCE AND EXLUDING TIME
Case No. CR 14-592